UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Mary B. Berg,

Plaintiff,

Civ. No. 01-758 (JRT/FLN)

vs.

Lutheran Home, a Minnesota non-profit corporation,

Defendant.

**STIPULATION TO AMEND PRETRIAL SCHEDULE**

The parties, through their respective counsel, stipulate to the following amendments to the Pretrial Schedule filed July 10, 2001:

1. All discovery shall be commenced in time to be completed by January 1, 2002.

2. That the disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made by the plaintiff on or before January 1, 2002 and by the defendant on or before February 1, 2002.

3. That full disclosure of the substance of the testimony to be offered by each expert witness shall be made by the plaintiff on or before January 1, 2002 and by the defendant on or before February 1, 2002.

Dated: 11-1-01

Howard L. Bolter (#192387)
Borkon, Ramstead, Mariani, Fishman & Carp, Ltd.
Suite 100 Parkdale 1
5401 Gamble Drive
Minneapolis, MN 55416-1552
Telephone: (952) 546-6000
Attorneys for Plaintiff

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 10/29/01

Rolf E. Sonnesyn (#131027)
Tomsche, Sonnesyn & Tomsche, P.A.
888 Lumber Exchange Building
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-4499
Attorneys for Defendant

**ORDER**

The Pretrial Schedule is amended in accordance with the Stipulation of the parties.

BY THE COURT:

Franklin L. Noel
Chief Magistrate Judge