UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Mary B. Berg,

Plaintiff,

vs.

Lutheran Home, a Minnesota non-profit corporation,

Defendant.

Civ. No. 01-758 (JRT/FLN)

**STIPULATION TO AMEND SCHEDULING ORDER**

The parties, through their respective counsel, stipulate to the following amendments to the scheduling order:

1. That the disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made by the plaintiff on or before March 1, 2002 and shall be made by the defendant on or before April 1, 2002.

Dated: 2-12-02

H Bolter

Howard L. Bolter (#192387)
Borkon, Ramstead, Mariani, Fishman & Carp, Ltd.
Suite 100 Parkdale 1
5401 Gamble Drive
Minneapolis, MN 55416-1552
Telephone: (952) 546-6000
Attorneys for Plaintiff

FILED FEB 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2/1/02

Rolf E. Sonnesyn (#131027)
Tomsche, Sonnesyn & Tomsche, P.A.
888 Lumber Exchange Building
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-4499
Attorneys for Defendant

**ORDER**

The scheduling order is amended in accordance with the Stipulation of the parties.

BY THE COURT:

Franklin L. Noel
Chief Magistrate Judge