**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARY B. BERG,

Plaintiff,

v.

LUTHERAN HOME,

Defendant.

Civil No. 01-758 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Howard L. Bolter, BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP, 5401 Gamble Drive, Suite 100, Minneapolis, MN 55416-1552, for plaintiff.

Rolf E. Sonnesyn, TOMSCHE SONNESYN & TOMSCHE, 10 Fifth Street South, Suite 888, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 9, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

MAY
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK