UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Mary B. Berg, Civ. No. 01-758 (JRT/FLN)

Plaintiff,

vs.

Lutheran Home, a Minnesota non-profit corporation,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action, having been fully compromised and settled,

NOW, THEREFORE, it is stipulated and agreed, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that either party, without notice to the other, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 5-15-02

**Howard L. Bolter, Esq. (#192387)**
**Borkon, Ramstead, Marianni, Fishman & Carp. Ltd.**
**5401 Gamble Drive, Suite 100**
**Parkdale One Boulevard**
**Minneapolis, Minnesota 55416**
**Attorneys for Plaintiffs**

FILED MAY 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 16 2002
DEPUTY CLERK

Dated: 5/4/02

Rolf E. Sonnesyn (#131027)
TOMSCHE, SONNESYN & TOMSCHE, P.A.
610 Ottawa Avenue North
Golden Valley, Minnesota 55422
Attorneys for Defendants

**ORDER**

UPON THIS FOREGOING STIPULATION,

IT IS HEREBY ORDERED that judgment of dismissal with prejudice and on the merits, without costs to either party, be entered in the above-entitled action.

Dated this 16th day of May, 2002.

John R. Tunheim
U.S. District Court Judge